NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000428**
**04-APR-2025**
**08:22 AM**
**Dkt. 43 OAWST**

NO. CAAP-24-0000428

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellant, v.
MATTHEW B. CUMMINGS, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CPC-23-0001012)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Wadsworth and McCullen, JJ.)

Upon consideration of Plaintiff-Appellant State of Hawaii's March 28, 2025 "State of Hawaiʻi's Notice and the Parties Stipulation Withdrawing Appeal from the Findings of Fact and Conclusions of Law and Order re: Voluntariness of Defendant's Statements (re: State's Motion Filed March 22, 2024) Filed on May 17, 2024," (**Stipulation**), which the court construes as a stipulation to dismiss the appeal, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to withdraw the appeal; (3) the Stipulation is dated and signed by counsel for all parties; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, April 4, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge